RECEIVED
IN ALEXANDRIA, LA.
AUG 3 0 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LARRY GENE BAILEY, JR. BOP#05536-085 | DOCKET NO. 10-CV-1096; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| U.S.P. POLLOCK & STAFF, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the two sets of objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 30th day of AUGUST, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE